# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JERRY HARDIN,

        Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY
ADMINISTRATION,

        Defendant.

Case No. 18-12051
Hon. Terrence G. Berg

## ORDER ADOPTING REPORT AND RECOMMENDATION
## (ECF No. 13)

This matter is before the Court on Magistrate Judge Anthony P. Patti's August 13, 2019 Report and Recommendation (ECF No. 13), recommending that Plaintiff's Motion for Summary Judgment (ECF No. 11) be **DENIED** and Defendant's Motion for Summary Judgment (ECF No. 12) be **GRANTED**.

The Court has reviewed the Magistrate Judge's Report and Recommendation. The law provides that either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of a report and recommendation.

1

28 U.S.C. § 636(b)(1). The district court will make a "*de novo* determination of those portions of the report . . . to which objection is made." *Id*. The record reflects that no party has filed an objection to the Magistrate's August 13, 2019 Report and Recommendation. Where neither party objects to the report, the district court is not obligated to independently review the record. *See Thomas v. Arn*, 474 U.S. 140, 149-52 (1985). The Court will therefore adopt the Magistrate's Report and Recommendation of August 13, 2019 as this Court's findings of fact and conclusions of law.

Accordingly, it is hereby **ORDERED** that Magistrate Judge Patti's Report and Recommendation of August 13, 2019 is **ACCEPTED** and **ADOPTED**. It is **FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment (ECF No. 11) is **DENIED** and Defendant's Motion for Summary Judgment (ECF No. 12) is **GRANTED**.

**SO ORDERED.**

| Dated: September 6, 2019 | s/Terrence G. Berg<br>TERRENCE G. BERG<br>UNITED STATES DISTRICT JUDGE |
|---|---|

**Certificate of Service**

    I hereby certify that this Order was electronically filed, and the parties and/or counsel of record were served on September 6, 2019.

                              s/A. Chubb
                              Case Manager